## IN RE: RELINQUISHMENT OF J.D., a minor

### Petition of: F.D., father

### No. 648 MAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

■

## COMMONWEALTH of Pennsylvania, Respondent

### v.

### Harold KEMMERER, Petitioner

### No. 562 MAL 2016

Supreme Court of Pennsylvania.

November 15, 2016

## ORDER

PER CURIAM

**AND NOW,** this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**